John P. Henningford
Reg # 15765-028
c/o Jody R. Henningford, POA
2153 Bayard Park Dr.
Evansville, IN 47714

Sandy Opacich
Clerk of the Court
United States District Court
for the Northern District of Ohio
Thomas D. Lambros Federal Bldg & US Courthouse
125 Market Street
Youngstown, OH 44503

```
Retail
UNITED STATES POSTAL SERVICE
US POSTAGE PAID   Origin: 47715
$8.00             04/18/20
                  1726550302-12
PRIORITY MAIL 3-DAY®
0 Lb 15.10 Oz
1006
C056
EXPECTED DELIVERY DAY: 04/22/20
SHIP TO:
125 MARKET ST
YOUNGSTOWN OH 44503-1780
USPS TRACKING® NUMBER
9505 5121 2352 0109 4968 38
```