SWORN DECLARATION OF Clara Louise Honnigford

PURSUANT TO 28 U.S.C. SECTION 1746

1. I am the mother of John P. Honnigford.

2. Should this honorable court grant my son's request for immediate release pursuant to 28 U.S.C. section 1746 he will reside at my residence located at 665 S. Boeke Road, Evansville, IN. 47714.

3. This residential location satisfies all requirements for home detention as required by the United States Probation Office and in accordance with my son's supervised release conditions.

4. My son will be far less susceptible to the coronavirus if detained in my home than if he remains in federal prison. In my home, he will not be exposed to the contaminated environment of a federal prison, where hundreds of people reside, and where staff members come and go each day. In my home, I have appropriate cleaning solvents, masks, hand sanitizers, and I am practicing social distancing, as advised by the Center for Disease Control.

5. Releasing my son to home detention in my home reduces my own exposure and susceptibility to the coronavirus. I am recently widowed, home-bound and partially disabled. I have several medical conditions that require care and elevate my risk during this coronavirus emergency. While in my home, my son will be able to attend to my needs that I am unable to do myself eliminating the need to have others who may be carrying the virus attend to me.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 17, 2020.

C. Louise Honnigford
Declarant