April 17, 2020

Sandy Opacich
Clerk of the Court
United States District Court for the
Northern District of Ohio
Thomas D. Lambros Federal Building & US Courthouse
125 Market Street
Youngstown, Ohio 44503

To Sandy Opacich, Clerk of the Court:

Enclosed herewith please find the original plus two copies of my Petition for Post-Conviction Relief and attendant documents.

Please file these documents and return a complete set to me at your earliest convenience at the return address that appears on the envelope in which I sent the documents. I have enclosed a $5 money order and a self addressed return envelope.

Thank you for your assistance.

Sincerely,

John P. Honnigford
Pro Se Petitioner