May 3, 2020


Sandy Opacich
Clerk of the Court
United States District Court for the
Northern District of Ohio
Thomas D. Lambros Federal Building & US Courthouse
125 Market Street
Youngstown, Ohio 44503


To Sandy Opacich, Clerk of the Court:

Enclosed herewith please find the completed Civil Cover Sheet for case
# 4:20-cv-00873-JJH. Also, please find enclosed a complete set of the documents
which you filed on April 22, 2020, and an additional copy of the enclosed Civil
Cover Sheet for service of process to the respondent.

Pursuant to Rule 4.2 Service of Process of the Ohio rules of Civil Procedure, I have
included a paid envelope addressed to the respondent with a return address for this
Office of the Clerk.  Affixed to said envelope is a return receipt card, PS Form
3811, filled out as directed in Rule 4.2.

Please mail these documents to the respondent at your earliest convenience.

Thank you for your assistance.


Sincerely,


John P. Honnigford
Pro Se Petitioner