USPS TRACKING #

9590 9402 5308 9154 6562 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court, N.D. Ohio
Thomas D. Lambros Fed Bldg. & US Courthouse
125 Market Street
Youngstown, OH 44503

FILED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

4:20 CV 873

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) J. Molodec   C. Date of Delivery 5-13-20 |
| 1. Article Addressed to:<br>Warden Mack Williams, FCI Elkton<br>8730 Scroggs Road<br>Lisbon, OH 44432 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 5308 9154 6562 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☒ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0001 5901 5326 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt