UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John P. Honnigford,                                    Case No. 4:20-cv-873

        Petitioner,

v.                                                                    JUDGMENT ENTRY

Warden Mark Williams,

        Respondent.

        Following my review of the Report and Recommendation of Magistrate Judge Carmen E. Henderson, (Doc. No. 8), I conclude *pro se* Petitioner John P. Honnigford's petition for a writ of habeas corpus under 28 U.S.C. § 2241, (Doc. No. 1), is premature and his emergency motion for injunctive relief, (Doc. No. 2), is moot. I dismiss Honnigford's petition without prejudice. *United States v. Alam*, 960 F.3d 831, 836 (6th Cir. 2020), and deny his motion for injunctive relief, (Doc. No. 2), as moot. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

        So Ordered.

        s/ Jeffrey J. Helmick
        United States District Judge